# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BRUCE WITHERS ROGERS,** | ) |
| Movant, | ) |
| | ) |
| | ) CIVIL ACTION NO. 1:21-221-WS-N |
| v. | ) |
| | ) CRIMINAL ACTION NO. 1:19-259-WS-N |
| **UNITED STATES OF AMERICA,** | ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 58) made under 28 U.S.C. § 636(b)(1)(B)–(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(R), and dated August 23, 2021, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Movant Bruce Withers Rogers's motion (Doc. 55) be **DISMISSED without prejudice**. Further, the Court finds that Rogers is not entitled to either a Certificate of Appealability or to appeal *in forma pauperis*. Final judgment shall issue separately in accordance with this order and Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this the 14th day of September 2021.

s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**